UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY
& OVERSIGHT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF HEALTH
& HUMAN SERVICES, *et al.*

Civil Action No. 1:26-cv-843

*Defendant.*

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

NOW COMES Plaintiff, Government Accountability & Oversight, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Joint Status Report contemplated by this Court's Minute Order dated April 27, 2026. In support of this Motion, Plaintiff states as follows:

1.   The Joint Status Report is currently due on June 23, 2026. *Id.*

2.   Plaintiff attempted to confer with the United States Attorney's Office regarding this case on multiple occasions. On June 18, 2026, Plaintiff was informed that Bisola Oni, defense counsel of record, had left the United States Attorney's Office. Plaintiff was then put in touch with Jeremy Simon, who was handling Mr. Oni's former responsibilities. However, Jeremy Simon was on vacation until June 22, 2026. Mr. Simon put Plaintiff in touch with Brenda Gonzalez Horowitz, who was handling Mr. Simon's responsibilities in his absence. Ms. Gonzalez Horowitz replied to Plaintiff indicating that AUSA Courtney Scholz would be handling this case.

3.   Ms. Scholz has not yet entered an appearance. However, Plaintiff attempted to confer with her on June 22, 2026. Ms. Scholz indicated that she does not have the agency's position at this

1

time but will have it shortly. Ms. Scholz stated that she would consent to an extension of time through Friday, June 26, 2026, so that the parties can effectively confer.

4. Plaintiff respectfully submits that the forthcoming Joint Status Report will be more effective in advancing this case if newly-assigned defense counsel has an opportunity to enter the case and the parties have an opportunity to effectively confer before it is filed. Unfortunately, an effective conferral has not yet taken place due to the circumstances described above.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline to file the Joint Status Report in this matter through and including June 26, 2026.

Dated: June 22, 2026

Respectfully submitted,

 /s/ Matthew D. Hardin
MATTHEW D. HARDIN
D.C. Bar # 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

2