UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 26-0843(JMC) |

**JOINT STATUS REPORT**

Plaintiff Government Accountability & Oversight, and Defendants U.S. Department of Health and Human Services and United States Centers for Medicare & Medicaid Services, by and through counsel, respectfully submit this Joint Status Report pursuant to the Court's April 27, 2026, Scheduling Order.

1.      This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on March 10, 2026, and Defendant answered on April 9, 2026. ECF No. 1, 4.

2.      Defendants report that the search for potentially responsive records is complete and there are 802 pages of records. Defendants anticipate making its first production within the next sixty (60) days.

3.      Defendants respectfully submit that it is premature to propose a briefing schedule for summary judgment motions because production is not yet completed. They propose instead that they file a further joint status report on or before September 25, 2026 to update the Court on the status of the response.

4.      Plaintiff believes that it is appropriate for this Court to set a date by which

the agency should complete its search for records, and thereafter to impose an appropriate production schedule. *Payne Enters., Inc. v. United States*, 267 U.S. App. D.C. 63, 837 F.2d 486, 494 (1988), citing *Long v. United States IRS*, 693 F.2d 907, 910 (9th Cir. 1982) ("unreasonable delays in disclosing non-exempt documents violate the intent and purpose of the FOIA, and the courts have a duty to prevent these abuses.").

Dated: June 26, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/Matthew D. Hardin*
Matthew D. Hardin
DC Bar # 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livington, TX 77399
(202) 802-1948
Matthewdhardin@gmail.com

By: _____ */s/ Courtney Scholz* _____
COURTNEY SCHOLZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7079
Courtney.Scholz2@usdoj.gov

*Attorneys for the United States of America*

*Attorneys for Plaintiff*

2