UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>     Defendants. | Civil Action No. 26-843 (JMC) |

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brett S. Covington and remove the appearance of Assistant United States Attorney Bisola Oni as

counsel for Defendants in the above-captioned case.


Dated:  July 9, 2026                          Respectfully submitted,


By:   */s/ Brett S. Covington*
     BRETT S. COVINGTON
     D.C. Bar #1003835
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C. 20530
     (202) 252-0888
     Brett.Covington@usdoj.gov

     *Counsel for Defendants*