UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-0843 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 1, 2026 minute order, Government Accountability & Oversight ("Plaintiff"), and Defendants U.S. Department of Health and Human Services ("HHS") and the United States Centers for Medicare & Medicaid Services ("CMS") (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

1. As previously reported, *see* ECF No. 8, Defendants' search for potentially responsive records is complete, with Defendants identifying 802 pages of potentially responsive records.

2. Defendants report that on August 31, 2026, HHS OS FOIA made its first interim response, having processed 423 pages and produced 30 pages to Plaintiff. All other pages have been sent to CMS for consultation, with that consultation ongoing.

3. HHS OS FOIA reports that the remaining 379 pages of the identified 802 pages are currently being processed, and that HHS OS FOIA anticipates that it will make an interim response with respect to these additional documents to Plaintiff by September 31, 2026.

4. The parties agree that it is premature to propose a briefing schedule for summary judgment motions because production is not yet completed. They propose instead that the parties file a further joint status report on or before November 23, 2026 to update the Court on the status.

Dated: September 25, 2026

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
D.C. Bar #1032711
Hardin Law Office
101 Rainbow Drive #11506
Livington, TX 77399
(202) 802-1948
Matthewhardin@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendants*