UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendant. | Civil Action No. 26-0843 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 29, 2026 Minute Order, Government Accountability & Oversight ("Plaintiff"), and Defendants U.S. Department of Health and Human Services ("HHS") and the United States Centers for Medicare & Medicaid Services ("CMS") (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

1. Defendants report that the search for potentially responsive records is complete and there are 802 pages of records.

2. Defendants report that on August 31, 2026, HHS OS FOIA made its first interim response, having processed 423 pages and produced 30 pages to Plaintiff. All other pages were sent to CMS for consultation. That consultation is ongoing. Defendant OS FOIA anticipates producing the consult pages in December 2026.

3. HHS OS FOIA processed the remaining 379 pages on September 30, 2026. All the pages were sent to CMS for consultation. That consultation is ongoing. Defendant OS FOIA anticipates producing the consult pages in December 2026.

4. The parties respectfully submit that it is premature to propose a briefing schedule for summary judgment motions because production is not yet completed. They propose instead that the parties file a further joint status report on or before February 22, 2027, to update the Court on the status.

Dated: November 23, 2026

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
D.C. Bar #1032711
Hardin Law Office
101 Rainbow Drive #11506
Livington, TX 77399
(202) 802-1948
Matthewhardin@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendants*